(Official Form 1)(9/97)

| Form B1 | **United States Bankruptcy Court**<br>**Southern District of New York** | VOLUNTARY PETITION |
|---|---|---|
| Name of Debtor (If individual, enter Last, First, Middle):<br>**NextWave Telecom Inc.** | | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**N/A** |
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden and trade names):<br>**NextWave** | | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden and trade names: |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>**33-0663509** | | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State, Zip Code):<br>**3 Skyline Drive**<br>**Hawthorne, New York 10532** | | Street Address of Joint Debtor (No. & Street, City, State, Zip Code): |
| County of Residence or of the Principal Place of Business:<br>**Westchester** | | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**Same** | | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from addresses listed above): **350 W. Ash  3 Skyline Drive       1101 Pennsylvania Avenue, N.W. Ste. 805**<br>**San Diego, CA 92101    Hawthorne, NY 10532    Washington, DC 20004** |||

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

Venue (Check any applicable box)
- ☒ Debtor has been domiciled or has had a residence, principal place of business or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☒ There is a bankruptcy case concerning debtor's affiliate, general aprtner or partnership pending in this District.

| **Type of Debtor** (check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) | |
|---|---|---|---|
| Individual(s) | Railroad | Chapter 7 | ☒ Chapter 11   Chapter 13 |
| ☒ Corporation | Stockbroker | Chapter 9 | Chapter 12 |
| Partnership | Commodity Broker | Sec. 304 - Case ancillary to foreign proceeding | |
| Other _____ | | | |

| **Nature of Debts** | | **Filing Fee** (Check one box) |
|---|---|---|
| Cconsumer/Non-Business | ☒ Business | ☒ Full Filing Fee attached |
| | | Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments,Rule 1006(b). See Official Form No. 3 |

**Chapter 11 Small Business** (Check all boxes that apply)
Debtor is a small business as defined in 11 U.S.C. § 101
Debtor is and elects to be considered a small business under
11 U.S.C. § 1121(e) (Optional)

| **Statistical/Administrative Information** (Estimates only) | | | | | | | THIS SPACE IS FOR COURT USE ONLY |
|---|---|---|---|---|---|---|---|
| ☒ Debtor estimates that funds will be available for distribution to unsecured creditors. ||||||||
| Debtor estimates that after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. ||||||||
| Estimated Number of Creditors ||||||||
| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 ☒ | 1000-over | | |
| Estimated Assets ||||||||
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,000 to $10 million | $10,000,001 to $50 million | $50,000,001 $100 Million | More than $100 million ☒ |
| Estimated Debts ||||||||
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,000 to $10 million | $10,000,001 to $50 million | $50,000,001 $100 Million | More than $100 million ☒ |

| **Voluntary Petition**<br>(This page must be completed and filed in every case) | Name of Debtor(s):<br>**NextWave Personal Telecom Inc.** | **FORM B1, Page 2** |
|---|---|---|

| Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet) |||
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**See Annex 1** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## SIGNATURES

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of Debtor (Corporation/Partnership)** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>x _____<br>Signature of Debtor<br><br>x _____<br>Signature of Joint Debtor<br><br>x _____<br>Telephone Number (If not represented by attorney)<br>Date _____ | I delcare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**x s/Gene M. Welch**<br>Signature of Authorized Individual<br><br>**Gene M. Welsh**<br>Printed Name of Authorized Individual<br><br>**Senior Vice President, Chief Financial Officer**<br>Title of Authorized Individual<br><br>Date **December 22, 1998** |
| **Signature of Attorney**<br>x s/**Deborah L. Schrier-Rape**<br>Signature of Attorney for Debtor(s)<br><br>**Deborah L. Schrier-Rape**<br>Printed Name of Attorney for Debtor(s)<br><br>**Andrews & Kurth L.L.P.**<br>Firm Name<br><br>**1717 Main Street, Suite 3700, Dallas, Texas 75201**<br>Address<br><br>**(214) 659-4400**<br>Telephone Number<br><br>Date **December 22, 1998**<br><br>**Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br>☒ Exhibit A is attached and made a part of this petition.<br><br>**Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that (he or she) may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.<br><br>x _____<br>Signature of Attorney for Debtor(s)        Date | **Signature of Non-Attorney Petition Preparer**<br>I certify that I am a bankruptcy petition as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.<br><br>_____<br>Printed or Typed Name of Bankruptcy Petition Preparer<br><br>_____<br>Social Security Number<br><br>_____<br>Address<br><br>Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>x _____<br>Signature of Bankruptcy Petition Preparer<br><br>Date<br><br>A bankruptcy petion preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156. |

# ANNEX 1

On June 8, 1998 the following related entities filed petitions for protection under Chapter 11 of the Bankruptcy Code in the Southern District of New York. The Chapter 11 cases are being jointly administered under the caption <u>In re NextWave Personal Communications Inc., et al.</u>, Case No. 98-21529, and are pending before the Honorable Adlai S. Hardin, Jr.

1. NextWave Personal Communications Inc., a wholly-owned subsidiary of the Debtor;

2. NextWave Partners, Inc., a wholly-owned subsidiary of the Debtor;

3. NextWave Power Partners Inc., a wholly-owned subisidary of NextWave Partners Inc.; and

4. NextWave Wireless Inc., a wholly-owned subisidary of the Debtor.